RECEIVED
SEP 2 5 2026
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Catherine Fenning
Austin Kingsley
Plaintiff(s),

vs.

Case No. 26-cv-4170 DWF/JFD
(To be assigned by Clerk of District Court)

Minneapolis Police Department, Rail Road Burlington Northern/ Canadian Pacific
Hennepin County Economic Assistance
Mpls Impound lot, Gabe Suriers,
Project 4 Prided Living, Jennifer Jorgensen
Agate housing, Mark Fenning
Defendant(s).

DEMAND FOR JURY TRIAL
YES☐ NO☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

      Name Catherine Fenning, Austin Kingsley

      Street Address Homeless, ~~Unknown~~ 10 months

      County, City Hennepin Mpls Brooklyn Center Mn

      State & Zip Code Mn 55418

      Telephone Number

      Mail only: 907 20th Ave NE
      Mpls Mn 55418

SCANNED
SEP 2 8 2026
U.S. DISTRICT COURT MPLS

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

a. Defendant No. 1

Name Minneapolis Police Department

Street Address 1900 Central Ave NE

County, City Hennepin, Minneapolis

State & Zip Code MN 55418

b. Defendant No. 2

Name Minneapolis Impound Lot

Street Address

County, City

State & Zip Code

c. Defendant No. 3

Name Hennepin County Economic Assistance

Street Address

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**

**Check here if additional sheets of paper are attached:** ☒

**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

Patricia Lengnell / Mark Fenning.
1018 20th Ave NE Mpls Mn 55418

William Ziegler (Jensen) 3720, 23rd Ave S Mpls, Mn

Joe Long. 2410 Tyler St NE Mpls Mn 55418

Defendants

Patricia ~~[illegible]~~ Lingwall, State of Minnesota
Joe Long, Hennepin County Public Defenders
Donna Washburn, Hennepin County Prosecutors
Sharon Compton, Hennepin County Judges
Judge Koch, Sibley County Sheriff
William Siegler (Jensen), Sibley County Public Defenders
Ruth Ostrum, Handy Helpers LLC
Brent Daher, Minneapolis 220
Dillon Parker, Pa Vang
Dillon Reynolds Parker, Rodelle Smith
John Reynolds Parker, Zeke Smith
David Mora Jerry, New Hope Police Department
Michael Nelson, Hope Project
Michael Aberdeen, New Brighton Police Department
Michael Washburn
Tyler Washburn
Tim Washburn
Lance Washburn
Dyland Alf from 618 Taylor St NE
Brian Ray
Christine Stewart
Steven Johnson Sr.


MondayMandala.com

Brian Rory 949 26th Ave NE mpls mn 55418
Brent Dahes 700 10th Ave S mpls mn
Michael Aberdeen 26th Ave NE mpls, mn 55418
Tyler Washburn 903 20th Ave NE mpls mn 55418
Dylan & Af 618 Taylor St NE mpls mn 55418
Steven Johnson Sr 949 26th Ave NE up mpls mn 55418
David Moe 1274 Imperial lane New Brighton mn
Hope Project Decatur New Hope mn

# Button template

**Final artwork will be scaled down to a 1.5" circle*

**Hennepin County**

**Election Judge**

**2026**

Image title: ____________________

Name: ____________________

Age: ____________________

City: ____________________

School (optional): ____________________

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Question [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

Privacy Rights, Dignity, Due Process rights
18 USC 231-101 Civil Rights Domestic Abuse Act Vulnerable Adults Act

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name: Catherine Jenning State of Citizenship: Minnesota

Defendant No. 1: Austin Kingsbley State of Citizenship: } All Minnesota

Defendant No. 2: State of Citizenship:

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**

**Check here if additional sheets of paper are attached.** [X]

6. What is the basis for venue in the District of Minnesota? (*check all that apply*)

[ ] Defendant(s) reside in Minnesota [ ] Facts alleged below primarily occurred in Minnesota

[X] Other: explain all are in Minnesota cause Austins MIA last seen on the city Bus shacking GASLIGHTING 4 DEATH

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7. 1) Fireslighting for mine & mine Childrens Death
2) Stolen Property ie stones, jewelry. clothes valuables Coins, [illegible]
3) Not Having the Right To Be protected by our Police officers
4) Not getting the Same in assistance & mine being Counted as earned income
5) Stealing our home, vehicles claiming Beige and the black 2004 Acura TL
6) Posting us online without our consent stalking, Rape to Both of US, Threats of murder to my son and 5yr old Grandson Liam & 8yr old Grand daughter, Nevaeh

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

With what everyone has stolen a beyond leaving him without his ~~[illegible]~~ vehicle & damages and lossing everything constantly a[illegible] guess ~~I~~ I will leave it up to the Judge

Signed this 23 day of September 2026

Signature of Plaintiff Catherine Lenz

Mailing Address Homeless
Mpls MN 55418

Telephone Number

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.